# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **DeQUITA DENISE BROADY, as the personal representative of the Estate of MICHAEL BROADY, JR.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | 7:23-cv-01097-LSC |
| v. | ) ) | |
| **DEPUTY HERD, et al.,** | ) ) | |
| **Defendants.** | ) ) | |

## ORDER

For the reasons explained in the Memorandum of Opinion entered contemporaneously herewith, Axon Enterprise, Inc's Motion to Dismiss (Doc. 33) and Chief Johnny Stephenson's Motion to Dismiss (Doc. 28) are GRANTED. The clerk is directed to terminate Axon Enterprise, Inc. and Chief Johnny Stephenson as defendants.

The City of Reform's Motion to Dismiss State Law Claims in Plaintiff's First Amended Complaint (Doc. 26) and the Town of Carrollton's Motion to Dismiss (Doc. 30) are granted in part and denied in part. The remaining motions (Doc. 27; Doc. 31; Doc. 48; Doc. 50) remain pending.

**DONE** and **ORDERED** on March 5, 2024.

                                              L. Scott Coogler
                                       United States District Judge

215755