FILED
2026 May-21  AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **DeQUITA DENISE BROADY**, as Personal Representative of the Estate of Michael Broady, Jr.<br><br>Plaintiff<br><br>v.<br><br>**DEPUTY HERD**, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  **Case No.: 7:23-cv-01097-ACA**<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

In compliance with Doc. 182, the parties jointly advise the Court as follows:

1. All claims between the plaintiff and defendants Kallenna Homan and Austin Moss have been settled in their entirety. Those parties expect to consummate their settlement within the next 14 days, and they will then promptly file a Rule 41(a)(2) motion to dismiss that part of the case with prejudice.

2. Plaintiff and defendants Brian Herd and Taylor Gregory are currently engaged in settlement negotiations. Though they are not requesting mediation at present, they may revisit such at a later date.

/s/Richard Allen Rice
Richard Allen Rice
One of the Attorneys for Plaintiff

Of Counsel:
The Rice Law Firm
115 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
205.618.8733
rrice@rice-lawfirm.com

/s/ Johnathan F. Austin
One of the Attorneys for Plaintiff

Of Counsel:
Austin Law, P.C.
P.O. Box 321173
Birmingham, AL 35212
205.538.0169
austin@jaustinlawpc.com

/s/ A. Courtney Crowder
One of the Attorneys for Defendant
Kallenna Homan

Of Counsel:
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P.O. Box 020848
Tuscaloosa, AL 35402-0848
205.345.5100
accrowder@pjgf.com

/s/ Terry A. Sides
Attorney for Defendant Austin Moss

Of Counsel:
Hale Sides LLC
600 Financial Center
505 20th Street North
Birmingham, AL 35203
205.453.9800
tsides@halesides.com

/s/ J. Randall McNeill
Attorney for Defendants Brian Herd &
Taylor Gregory

2

Of Counsel:
Webb, McNeill Frawley, P.C.
One Commerce Street
Suite 700
Montgomery, AL 36104
334.262.1850
rmcneill@wmwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I served a copy of the above and foregoing on the following by using the Court's electronic filing system:

Attorney for Plaintiff:
Richard Allan Rice
Spencer Bowley
115 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
205.618.8733
rrice@rice-lawfirm.com
spencer@rice-lawfirm.com

Attorney for Plaintiff:
Johnathan F. Austin
P.O. Box 321173
Birmingham, AL 35212
205.538.0169
austin@jaustinlawpc.com

Attorney for Defendants Brian Herd & Taylor Gregory
J. Randall McNeill
Webb, McNeill Frawley, P.C.
One Commerce Street
Suite 700
Montgomery, AL 36104
334.262.1850
rmcneill@wmwfirm.com

3

Attorneys for Defendant Kallenna Homan:
A. Courtney Crowder
Krista Brooke Roach
Tindol Lorrin Pate
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P.O. Box 020848
Tuscaloosa, AL 35402-0848
205.345.5100
accrowder@pjgf.com
kroach@pjgf.com
tpate@pjgf.com

/s/ Terry A. Sides
Of Counsel