FILED
2026 May-27 AM 08:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | |
|---|---|
| **DeQUITA DENISE BROADY**, as Personal Representative of the Estate of Michael Broady, Jr. **)** **)** **)** **)** | |
| Plaintiff **)** **)** | **Case No.: 7:23-cv-01097-ACA** |
| v. **)** **)** | |
| **DEPUTY HERD**, et al. **)** **)** | |
| Defendants **)** | |

---

**MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE**

---

Plaintiff Dequita Denise Broady,  defendant Kallenna Homan, and defendant Austin Moss ("these defendants"), by and through their respective counsel of record, jointly move the Court, pursuant to Fed.R.Civ.P. 41(a)(2), to dismiss with prejudice all of plaintiff's claims against these defendants.

As grounds for this motion, plaintiff and these defendants show the Court that they have fully settled and resolved all of said claims, and the resolution of the same has been consummated. Accordingly, said claims are due to be dismissed with prejudice.

1

Plaintiff's claims against defendants Brian Herd and Taylor Gregory will remain pending in this case.

**WHEREFORE, THE ABOVE PREMISES HAVING BEEN CONSIDERED,** plaintiff and defendants Homan and Moss move the Court (a) to grant this motion, (b) to enter an order of dismissal with prejudice of all of plaintiff's claims against defendants Homan and Moss, (c) to tax costs as paid, and (d) to grant these parties other and different relief to which they are entitled in these circumstances.

/s/ Richard Allen Rice
Richard Allen Rice
One of the Attorneys for Plaintiff

Of Counsel:
The Rice Law Firm
115 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
205.618.8733
rrice@rice-lawfirm.com

/s/ Johnathan F. Austin
Johnathan F. Austin
One of the Attorneys for Plaintiff

Of Counsel:
Austin Law, P.C.
P.O. Box 321173
Birmingham, AL 35212
205.538.0169
austin@jaustinlawpc.com

/s/ A. Courtney Crowder
A. Courtney Crowder
One of the Attorneys for Defendant
Kallenna Homan

Of Counsel:
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P.O. Box 020848
Tuscaloosa, AL 35402-0848
205.345.5100
accrowder@pjgf.com

/s/ Terry A. Sides
Terry A. Sides
Attorney for Defendant Austin Moss

Of Counsel:
Hale Sides LLC
600 Financial Center
505 20th Street North
Birmingham, AL 35203
205.453.9800
tsides@halesides.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I served a copy of the above and foregoing on the following by using the Court's electronic filing system:

Attorney for Plaintiff:
Richard Allan Rice
Spencer Bowley
115 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
205.618.8733
rrice@rice-lawfirm.com
spencer@rice-lawfirm.com

Attorney for Plaintiff:
Johnathan F. Austin
P.O. Box 321173
Birmingham, AL 35212
205.538.0169
austin@jaustinlawpc.com

Attorney for Defendants Brian Herd & Taylor Gregory
J. Randall McNeill
Webb, McNeill Frawley, P.C.
One Commerce Street
Suite 700
Montgomery, AL 36104
334.262.1850
rmcneill@wmwfirm.com

Attorneys for Defendant Kallenna Homan:
A. Courtney Crowder
Krista Brooke Roach
Tindol Lorrin Pate
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P.O. Box 020848
Tuscaloosa, AL 35402-0848
205.345.5100
accrowder@pjgf.com
kroach@pjgf.com
tpate@pjgf.com

/s/ Terry A. Sides
Of Counsel