FILED

2026 May-28  AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **DeQUITA DENISE BROADY,** *as the personal representative of the Estate of Michael Broady, Jr.*, | ) ) ) ) | |
| **Plaintiff**, | ) ) | |
| v. | ) ) | **7:23-cv-1097-ACA** |
| **DEPUTY HERD, et al.**, | ) ) ) | |
| **Defendants**. | ) ) | |

### ORDER

Plaintiff DeQuita Denise Broady and Defendants Kallenna Homan and Austin Moss jointly move for dismissal of all claims against Officer Moss and Officer Homan pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 184). Because the parties resolved their claims through settlement, the court finds dismissal proper. *See* Fed. R. Civ. P. 41(a)(2). The court therefore **GRANTS** the motion and **DISMISSES** all claims against Officer Moss and Officer Homan **WITH PREJUDICE**. Costs are taxed as paid. Accordingly, the court **FINDS AS MOOT** Officer Moss's motion for summary judgment. (Doc. 176).

The claims against Defendants Brian Herd and Taylor Gregory remain pending.

**DONE** and **ORDERED** this May 28, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE