FILED

2026 May-29  PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| DeQUITA DENISE BROADY, as personal representative of the Estate of Michael Broady, Jr., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 7:23-cv-1097-ACA |
| DEPUTY HERD, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to the court's order (Doc. 187), the Clerk of Court referred this case to Magistrate Judge Borden to conduct a mediation. Doc. 188. The parties are DIRECTED to jointly contact Judge Borden's chambers on or before **June 5, 2026**, via email (borden_chambers@alnd.uscourts.gov), and provide three dates on which counsel, and a representative for each party with full settlement authority may be available for mediation.

DONE and ORDERED on May 29, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE