FILED

2026 Jun-08  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| DeQUITA DENISE BROADY, as personal representative of the Estate of Michael Broady, Jr., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 7:23-cv-1097-ACA |
| | ) | |
| DEPUTY HERD, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that this case is SET for mediation on **July 30, 2026** at **9:00 a.m.** in the chambers of Magistrate Judge Gray M. Borden at the Hugo L. Black United States Courthouse in Birmingham, Alabama.  Counsel for each party will be required to attend the mediation along with the party or—if the party is not an individual—with an appropriate representative with settlement authority.

On or before **July 23, 2026**, the parties shall submit a confidential mediation statement, including (1) a brief summary of the facts and background of the dispute, as well as any materials that may assist the court in understanding the case; (2) a statement of the claims and defenses at issue; (3) the relevant governing law and any unique legal issues presented in the litigation; (4) an estimated value of the claims; (5) an estimate of the costs of pursuing or defending this action through trial; and (6)

the status of prior settlement negotiations, including the amounts of the parties' most recent settlement offers or demands. The material should be marked "CONFIDENTIAL" and should be emailed directly to the chambers inbox at borden_chambers@alnd.uscourts.gov.

DONE and ORDERED on June 8, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE